IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| RAYMOND LINEBURG, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:16cv00273 |
| | ) | |
| v. | ) | FINAL ORDER |
| | ) | |
| NORTHWEST REGIONAL | ) | |
| ADULT DETENTION CENTER, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Lineburg's complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) and this case is **STRICKEN** from the active docket of the court. I note that this dismissal is without prejudice and, thus, does not prevent Lineburg from refiling his claims in a separate civil action subject to the applicable limitations period.

The Clerk shall send a copy of this order and accompanying memorandum opinion to plaintiff.

**ENTER**: This 30th day of June, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE